# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES BRITT,<br><br>    Defendant. | Case No. 1:17-cr-00278-LJO-SKO<br><br>ORDER GRANTING DEFENDANT BRITT'S MOTION FOR TEMPORARY RELEASE<br><br>(ECF No. 33) |

On January 23, 2018, Defendant James Britt filed a motion for temporary release to attend a funeral. (ECF No. 25.) A hearing on the motion was held on January 24, 2018. Christopher Baker appeared for the Government and Reed Grantham appeared with Defendant Britt who was in custody. The Court shall grant Defendant Britt's motion for temporary release to attend a funeral. Defendant Britt shall be released from 7:00 a.m. to 5:30 p.m. on January 25, 2018, and may only attend the funeral and is required to stay in the presence of the third party custodian at all times.

Accordingly, IT IS IS HEREBY ORDERED that:

1. Defendant Britt's motion for temporary release is GRANTED;

2. Defendant Britt shall be temporarily released from custody of the United States Marshal via the Fresno County Jail on January 25, 2018, at 7:00 a.m. until 5:30 p.m. to the custody of third party custodianship Victor Gonzalez and Kevin

1

Mitchel to attend a funeral;

3. Defendant Britt shall remain with and in the presence of the third party custodians during the entirety of the release period and shall not leave the presence of the third party custodians; and

4. The third party custodians shall return Defendant Britt to the custody of the United States Marshal, Fresno County Jail, by 5:30 p.m. on January 25, 2018.

5. Defendant shall not discuss his case with anyone and when having discussions with anyone shall be in the presence of his third party custodians.

6. Defendant shall only go to the locations as noted in court; and

7. Defendant shall not consume alcohol and shall obey all federal, state and local laws.

IT IS SO ORDERED.

Dated: __**January 24, 2018**__

UNITED STATES MAGISTRATE JUDGE