HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JAMES BRITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:17-cr-00278-LJO-SKO-3 |
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| vs. | ) DATE:   July 16, 2018 |
| JAMES BRITT, | ) TIME:    8:30 a.m. |
| | ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their

respective counsel, that the status conference in the above-captioned matter now set for July 16,

2018 at 2:00 p.m. before Magistrate Judge Oberto be advanced to July 16, 2018 at 8:30 a.m.

before the Honorable Lawrence J. O'Neill.

The parties have reached a resolution in this case and Mr. Britt wishes to enter his change

of plea at the earliest available opportunity.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: July 9, 2018            By:    /s/ *Kimberly A. Sanchez*
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 9, 2018     By: /s/ *Charles J. Lee*
                   CHARLES J. LEE
                   Assistant Federal Defender
                   Attorneys for Defendant
                   JAMES BRITT

# **O R D E R**

The above entitled case will be set for status conference / change of plea hearing before the Honorable Lawrence J. O'Neill on July 16, 2018 at 8:30 a.m..

IT IS SO ORDERED.

Dated:  **July 10, 2018**      **/s/ Lawrence J. O'Neill**
                UNITED STATES CHIEF DISTRICT JUDGE