HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES BRITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:17-cr-00278-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | ORDER FOR TRANSPORT TO JERICHO PROJECT FOR JAMES BRITT |
| vs. | ) | |
| JAMES EDWARDS BRITT, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant James Edward Britt (Fresno County Sheriff's Booking No. 1735112; Person ID 7086115) shall be released to Kimberly Smith or another representative of the Jericho Project, from the Fresno County Jail on Wednesday, July 18, 2018 at 10:00 a.m. for transportation to the Jericho Project located in Brisbane, California. Mr. Britt is then ordered to follow all the rules and regulations of both Pretrial Services and the Jericho Project and reside at the minimum 12-month residential program until further authorization by either Pretrial Services or the Court. Mr. Britt's presence may be waived for his next court hearing on August 20, 2018 at 8:30 a.m. if a letter from the program attesting to his continued good standing in the program is provided.

IT IS SO ORDERED.

    Dated: **July 16, 2018**            /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE