| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | James Britt |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00278 LJO-SKO-3 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) SENTENCING HEARING |
| | ) DATE: March 25, 2019 |
| JAMES EDWARD BRITT, | ) TIME: 8:30 a.m. |
| | ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the sentencing hearing in the above-captioned matter now set for November 26, 2018 may be continued to March 25, 2019 at 8:30 a.m. for further status conference on the sentencing hearing.

Mr. Britt entered a guilty plea on July 16, 2018 and subsequently was ordered released to be transported to the Jericho Project on July 18, 2018. Attached is a letter from the program showing that Mr. Britt remains at the program and is in compliance. Accordingly, the parties are requesting a further continuance to monitor Mr. Britt's progress at the program. At the next status conference, assuming Mr. Britt remains in compliance, a referral to probation will be requested so a presentence report can be generated for a sentencing date to be set around the time of Mr. Britt's completion of the program, anticipated in July 2019.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: November 19, 2018  */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 19, 2018  */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JAMES EDWARD BRITT

**O R D E R**

IT IS SO ORDERED.

Dated: **November 19, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE