HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, Bar #294171
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JAMES BRITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00278-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING; ATTACHMENT** |
| vs. | |
| JAMES BRITT, | DATE: July 15, 2019 |
| Defendant. | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the sentencing hearing in the above-captioned matter now set for March 25, 2019, may be continued to July 15, 2019, at 8:30 a.m.

Mr. Britt entered a guilty plea on July 16, 2018, and subsequently was ordered released to be transported to the Jericho Project on July 18, 2018. This continuance is requested by the defense in order to allow Mr. Britt to complete his twelve-month commitment at the Jericho Project. An updated letter from the program is attached, noting he remains in compliance with the program since his admission on July 18, 2018.

At this time, the defense would also request the Court refer this matter to probation for a report and recommendation for sentencing and that Mr. Britt be allowed to complete the interview telephonically in order to minimize the disruption to his time at the program.

As this is a sentencing hearing and Mr. Britt has previously entered his guilty plea, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: March 20, 2019          */s/ Kimberly A. Sanchez*
                               KIMBERLY A. SANCHEZ
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

DATED: March 20, 2019          */s/ Reed Grantham*
                               REED GRANTHAM
                               CHARLES J. LEE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               JAMES BRITT


## O R D E R

IT IS SO ORDERED.

Dated:  **March 21, 2019**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE