McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BRITT,<br><br>Defendant. | Case No. 1:17-CR-00278-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 27, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant James Britt in the following property:

    a. COLT, Model M4LE, 5.56 caliber rifle, serial number LE405277, and associated magazines and ammunition;

    b. SPRINGFIELD ARMORY, Model 1911A1, .45 caliber pistol, serial number NM527850, and associated magazines and ammunition; and

    c. GLOCK, Model 22, .40 caliber pistol, serial number BNH611US, and associated magazines and ammunition.

AND WHEREAS, beginning on August 9, 2018, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1  parties of their right to petition the Court within sixty (60) days from the first day of
2  publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in
3  the forfeited property;

4      AND WHEREAS, the United States sent direct written notice by certified mail to the
5  following individuals known to have an alleged interest in the above-described property:

6          a.    Philadelphia Insurance Company:  A notice letter was sent via certified
7  mail to Philadelphia Insurance Company at 1966 Greenspring Dr., Baltimore, MD 21093 on
8  August 7, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was
9  signed on August 13, 2018.

10      AND WHEREAS, the Court has been advised that Philadelphia Insurance Company
11  has not filed a claim to the subject property and the time for it to file a claim has expired.

12      AND WHEREAS, the Court has been advised that no third party has filed a claim to the
13  subject property and the time for any person or entity to file a claim has expired.

14      Accordingly, it is hereby ORDERED and ADJUDGED:

15      1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of
16  America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
17  924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right,
18  title, and interest of James Britt and Philadelphia Insurance Company.

19      2.    All right, title, and interest in the above-listed property shall vest solely in the
20  name of the United States of America.

21      3.    The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain
22  custody of and control over the subject property until it is disposed of according to law.

23  IT IS SO ORDERED.

24      Dated:  **November 4, 2020**              /s/ Dale A. Drozd
25                                                    UNITED STATES DISTRICT JUDGE